ACCEPTED
14-14-00825-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/1/2015 3:28:32 PM
CHRISTOPHER PRINE
CLERK

No. **14-14-00825-CV**

_____

IN THE
COURT OF APPEALS
FOR THE
FOURTEENTH DISTRICT OF TEXAS
at Houston

_____

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

7/1/2015 3:28:32 PM

CHRISTOPHER A. PRINE
Clerk

**INWOOD FOREST COMMUNITY ASSOCIATION,**
Appellants

**v.**

**TOAN VAN NGUYEN, ET AL**
Appellees

Appealed from the 165th Judicial District Court
Harris County, Texas

---

**DOROTHY BURCHFIELD'S**

**NOTICE REGARDING APPELLEE'S BRIEF**

---

**Thomas Sanders**
P.O. Box 1860
Sugar Land, TX 77487
Tel: (281) 242-9700
Fax: (281) 242-8340
State Bar No. 17609900
tcsanders76@yahoo.com

**ATTORNEY FOR APPELLEE DOROTHY BURCHFIELD**

1

# DOROTHY BURCHFIELD'S
# NOTICE REGARDING APPELLEE'S BRIEF

**COMES NOW** Dorothy Burchfield, Appellee herein, and shows the Court the following:

1.   Dorothy Burchfield adopts the factual analysis and legal argument in Appellee's brief previously filed with this Court, and will NOT be filing a separate brief apart from Appellee's.

Respectfully Submitted,

/s/ *Tom Sanders*

**Thomas Sanders**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all parties on this the 1st day of July, 2015.

/s/ *Tom Sanders*

**Thomas Sanders**